AO 458 (Rev. 10/95) Appearance

# United States District Court

---------------------------------------------- District of ------------------------------------------

Albany Insurance Company et al

-against-

United Alarm Services, Inc. et al

**APPEARANCE**

CASE NUMBER: CV 3000193(AWT)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for The Otto Company; and The Otto Contracting Company.

I certify that I am admitted to practice in this court.

December 9, 2003
Date

Signature

Gregory P. Lynch       CT06019
Print Name                   Bar Number

McNamara & Kenney
375 Bridgeport Avenue
Shelton, CT 06484
Tel.: (203) 944-6000
Fax: (203) 944-6012

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this 9th day of December, 2003 to:

Thomas Rittweger, Esq.
Nicoletti, Hornig, Campise and Sweeney
Wall Street Plaza
88 Pine Street
New York, NY 10005

Law Offices of Robert Marzik, P.C.
1512 Main Street
Stratford, CT 06810

Cynthia Jaworski, Esq.
Law Offices of Grant Miller
55 Capital Boulevard
Rocky Hill, CT 06067

Edward Walsh, Esq.
Maher and Murtha
528 Clinton Avenue
Box 901
Bridgeport, CT 06601

_____
Gregory P. Lynch