UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 17 A 9 19

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ALBANY INSURANCE, as subrogee of FAIRFIELD PROCESSING CORPORATION : : : | |
| v. : | CASE NO. 3:00CV1193 (AWT) |
| : UNITED ALARM SERVICES, INC., ADVANCED AUTOMATIC SPRINKLER PROTECTION, INC., CITY OF DANBURY, DANBURY PUBLIC UTILITIES DEPARTMENT,: DANBURY WATER DEPARTMENT, WILLIAM BUCKLEY, PAUL GALVIN, JOHN DOE, OTTO COMPANY, and OTTO CONTRACTING COMPANY : : : : : : | |

## PARTIAL JUDGMENT

This action having come on for consideration of the defendant United Alarm Service's motion for summary judgment, and their subsequent motion for entry of separate judgment, before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting both motions, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant United Alarms Services, Inc.

Dated at Hartford, Connecticut, this 17th day of March, 2004.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith, Deputy Clerk

EOD _____