UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALBANY INSURANCE                    :

         v.                         :        CASE NO. 3:00CV1193 (AWT)

UNITED ALARM SYSTEMS                :


NOTICE TO COUNSEL
PURSUANT TO LOCAL RULE 41(b)


The above-entitled case was reported to the Court on
May 19, 2004 to be settled.  Under Local Rule 41(b), a matter
reported settled is to be dismissed if closing papers are not
filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on
June 21, 2004, unless closing papers are filed on or before that
date, or unless counsel reports prior to that date that the case
is not in fact to be settled.

The parties are notified herein that all pending motions,
(if any), are hereby denied, without prejudice to reopening.  In
the event that settlement has not been consummated, such motions
that have been denied without prejudice may be renewed before
this Court by filing a notice that they are again ripe for
decision.  If and when such a notice is filed, the parties shall
notify Chambers in writing for the purpose of scheduling a
status conference to set a final pretrial scheduling order for
the completion of discovery and the filing of dispositive
motions.

-2-

It is so ordered.

Dated at Hartford, Connecticut this 28th day of May, 2004.

KEVIN F. ROWE, CLERK


By: _____
    Sandy Smith
    Deputy Clerk