UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X

ALBANY INSURANCE COMPANY
a/s/o FAIRFIELD PROCESSING CORPORATION,

                                     Plaintiff,

        - against -

UNITED ALARM SERVICES, INC.;
ADVANCED AUTOMATIC SPRINKLER
PROTECTION, INC.; CITY OF DANBURY;
DANBURY PUBLIC UTILITIES
DEPARTMENT; DANBURY WATER
DEPARTMENT; WILLIAM BUCKLEY;
PAUL GALVIN; AND JOHN DOES A THRU Z;
THE OTTO COMPANY; and
THE OTTO CONTRACTING COMPANY;

                                     Defendants.
------------------------------------------------------------X

**FILED**

**2004 JUN -7  P 12: 03**

**U.S. DISTRICT COURT**
**HARTFORD, CT.**

3:00CV1193 (AWT)

## STIPULATION AND ORDER OF DISCONTINUANCE

        The above entitled action having been settled, it is hereby stipulated and agreed

by and between the undersigned attorneys for the parties herein, that the action be

discontinued and that all counterclaims and/or cross-claims that were, or could have been

asserted are hereby dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure, with prejudice, without costs and without prejudice to the right, upon

application made within thirty (30) days of the entry of this Order, to reopen the action

should the settlement not be fully consummated.

Dated: New York, New York
      May   , 2004

                           NICOLETTI HORNIG CAMPISE SWEENEY
                           & PAIGE
                           Attorneys for Plaintiff

By:

                           Thomas M. Rittweger (ct21712)
                           Wall Street Plaza
                           88 Pine Street
                           New York, New York 10005
                           (212) 220-3830
                           (OUR FILE: 40000188 JFS/TMR)

                           MCNAMARA AND KENNEY
                           Attorneys for The Otto Contracting Company

By:

                           Gregory P. Lynch
                           375 Bridgeport Avenue
                           Shelton, Connecticut 06484-3861

                           LAW OFFICE OF GRANT H. MILLER, JR.
                           Attorneys for Advanced Automatic Sprinkler

By:

                           Cynthia A Jaworski
                           55 Capital Boulevard, Suite 210
                           Rocky Hil , Connecticut 06067

                           MAHER & MURTHA, LLC
                           Attorneys for City of Danbury,
                           Danbury Public Utilities Dept.,
                           Danbury Water Dept., William Buckley,
                           Paul Galvin and John Does A thru Z

By:

                           Edward Walsh
                           528 Clinton Avenue
                           P.O. Box 901
                           Bridgeport, CT 06601

X:\Public Word Files\4\188\Legal\STIPULATION.DISCONTINUANCE.doc

Dated: New York, New York
     May   , 2004

                            NICOLETTI HORNIG CAMPISE SWEENEY
                            & PAIGE
                            Attorneys for Plaintiff

By:
                            Thomas M. Rittweger (ct21712)
                            Wall Street Plaza
                            88 Pine Street
                            New York, New York 10005
                            (212) 220-3830
                            (OUR FILE  40000188 JFS/TMR)

                            MCNAMARA AND KENNEY
                            Attorneys for The Otto Contracting Company

By:
                            Gregory P. Lynch
                            375 Bridgeport Avenue
                            Shelton, Connecticut 06484-7861

                            LAW OFFICE OF GRANT H. MILLER, JR.
                            Attorneys for Advanced Automatic Sprinkler

By:
                            Cynthia A. Jaworski
                            55 Capital Boulevard, Suite 210
                            Rocky Hill, Connecticut 06067

                            MAHER & MURTHA, LLC
                            Attorneys for City of Danbury,
                            Danbury Public Utilities Dept.,
                            Danbury Water Dept., William Buckley,
                            Paul Galvin and John Does A thru Z

By:
                            Edward Wash
                            528 Clinton Avenue
                            P.O. Box 901
                            Bridgeport, CT 06601

X:\Public Word Files\4\188\Legal\STIPULATION.DISCONTINUANCE.doc

Dated: New York, New York
      May   , 2004

                             NICOLETTI HORNIG CAMPISE SWEENEY
                             & PAIGE
                             Attorneys for Plaintiff

By:        _____
                             Thomas M. Rittweger (ct21712)
                             Wall Street Plaza
                             88 Pine Street
                             New York, New York 10005
                             (212) 220-3830
                             (OUR FILE: 40000188 JFS/TMR)

                             MCNAMARA AND KENNEY
                             Attorneys for The Otto Contracting Company

By:        _____
                             Gregory P. Lynch
                             375 Bridgeport Avenue
                             Shelton, Connecticut 06484-3861

                                       Cynthia A. Jaworski
                             LAW OFFICE OF ~~GRANT H. MILLER, JR.~~
                             Attorneys for Advanced Automatic Sprinkler

By:        _____
                             Cynthia A. Jaworski
                             55 Capital Boulevard, Suite 210
                             Rocky Hill, Connecticut 06067

                             MAHER & MURTHA, LLC
                             Attorneys for City of Danbury,
                             Danbury Public Utilities Dept.,
                             Danbury Water Dept., William Buckley,
                             Paul Galvin and John Does A thru Z

By:        _____
                             Edward Walsh
                             528 Clinton Avenue
                             P.O. Box 901
                             Bridgeport, CT 06601

Dated: New York, New York
          May     , 2004

NICOLETTI HORNIG CAMPISE SWEENEY
& PAIGE
Attorneys for Plaintiff

By:     _____
        Thomas M. Rittweger (ct21712)
        Wall Street Plaza
        88 Pine Street
        New York, New York 10005
        (212) 220-3830
        (OUR FILE: 40000188 JFS/TMR)


MCNAMARA AND KENNEY
Attorneys for The Otto Contracting Company

By:     _____
        Gregory P. Lynch
        375 Bridgepot Avenue
        Shelton, Connecticut 06484-3861


LAW OFFICE OF GRANT H. MILLER, JR.
Attorneys for Advanced Automatic Sprinkler

By:     _____
        Cynthia A. Javorski
        55 Capital Boulevard, Suite 210
        Rocky Hill, Connecticut 06067


MAHER & MURTHA, LLC
Attorneys for City of Danbury,
Danbury Public Utilities Dept.,
Danbury Water Dept., William Buckley,
Paul Galvin and John Does A thru Z

By:     _____
        Edward Walsh
        528 Clinton Avenue
        P.O. Box 901
        Bridgeport, CT 06601

X:\Public Word Files\40188\Legal\STIPULATION.DISCONTINUANCE.doc