UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X

ALBANY INSURANCE COMPANY
a/s/o FAIRFIELD PROCESSING CORPORATION,

                         Plaintiff,         3:00CV1193 (AWT)

- against -

UNITED ALARM SERVICES, INC.;
ADVANCED AUTOMATIC SPRINKLER
PROTECTION, INC.; CITY OF DANBURY;
DANBURY PUBLIC UTILITIES
DEPARTMENT; DANBURY WATER
DEPARTMENT; WILLIAM BUCKLEY;
PAUL GALVIN; AND JOHN DOES A THRU Z;
THE OTTO COMPANY; and
THE OTTO CONTRACTING COMPANY;

                        Defendants.
------------------------------------------------------------X

## STIPULATION AND ORDER OF DISCONTINUANCE

The above entitled action having been settled, it is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, that the action be discontinued and that all counterclaims and/or cross-claims that were, or could have been asserted are hereby dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, without costs and without prejudice to the right, upon application made within thirty (30) days of the entry of this Order, to reopen the action should the settlement not be fully consummated.

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   06/11/04